

1 JOHN S. LEONARDO
United States Attorney
2 District of Arizona
CORY M. PICTON
3 Assistant U.S. Attorney
United States Courthouse
4 405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
5 Telephone: 520-620-7300
Email: cory.picton@usdoj.gov
6 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Mariah Ricci Flores Strong,
(Counts 1-3)

Defendant.

CR15- 329TUC JGZ (EJM)

INDICTMENT

Violations:

18 U.S.C. § 844(e)

(Explosive Materials – Maliciously Conveying False Information)
(Counts 1-3)

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about September 1, 2013, at or near Tucson, in the District of Arizona, the defendant, MARIAH RICCI STRONG FLORES, through the use of a cellular telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, injure and intimidate C.A.F. and other family members by means of fire or an explosive, in or affecting interstate or foreign commerce; specifically, MARIAH RICCI STRONG FLORES sent text messages to C.A.F. stating "This is one of the few last warnings you and your nigger family targeted. Initial attack

2:00pm bombs firearms and detonation set. You challenged my wrath I give warnings and non obided."

In violation of Title 18, United States Code, Section 844(e).

## COUNT 2

On or about September 1, 2013, at or near Tucson, in the District of Arizona, the defendant, MARIAH RICCI STRONG FLORES, through the use of a cellular telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, injure and intimidate C.A.F. and other family members by means of fire or an explosive, in or affecting interstate or foreign commerce; specifically, MARIAH RICCI STRONG FLORES sent text messages to C.A.F. stating "You will not be safe at your now location unless you vacate you now have 2hrs and 44 mins mini explosives set for action explosive power of 335 PXG blasts capacity to travel 89 yards."

In violation of Title 18, United States Code, Section 844(e).

## COUNT 3

On or about September 5, 2013, at or near Tucson, in the District of Arizona, the defendant, MARIAH RICCI STRONG FLORES, through the use of a cellular telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, injure and intimidate C.A.F. and other family members by means of fire or an explosive, in or affecting interstate or foreign commerce; specifically, MARIAH RICCI STRONG FLORES sent text messages to C.A.F. stating

"As of 10:01am PST time family remains targeted initial attack September 15th 4 locations of explosives."

In violation of Title 18, United States Code, Section 844(e).

                                              A TRUE BILL
                                                    / S /

                                              Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney

FEB 1 8 2015

**REDACTED FOR PUBLIC DISCLOSURE**